UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

| Stacey Chavez |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

SUMMONS

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | 2506 (Otay Mesa) | Date Protest Filed: | 07/01/15 |
|---|---|---|---|
| Protest Number: | 2506-15-100065 | Date Protest Denied: | 10/14/15 |
| Importer: | Stacey Chavez | | |
| Category of Merchandise: | Sweet Corn | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| KK8-1138937-2 | 01/10/14 | 01/16/15 | | | |
| KK8-1139021-4 | 01/17/14 | 03/13/15 | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
9777 Via De La Amistad
San Diego, CA 92154

Address of Customs Port in Which Protest was Denied

Jessica R. Rifkin
Benjamin L. England & Associates, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
(410) 220 - 2800
jrrifkin@fdaimports.com

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

### Appraised Value of Merchandise

| | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

### Classification, Rate or Amount

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Sweet Corn | 0709.99.4500 | 21.3% | MX0709.99.4500 | FREE |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Classification and rate and amount of duties chargeable and liquidation. The sweet corn is eligible for NAFTA duty preference and should have been liquidated at the rate of duty of Free because it was wholly obtained or produced in Mexico.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

4/11/16
Date

Form 1-3

## SCHEDULE OF PROTESTS

_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)